## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #   1:17-cv-02176-AL                                   Purchased/Filed: March 27, 2017
STATE OF NEW YORK    UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF NEW

*JOSE ALBERTO MARTINEZ HERNANDEZ, ET AL*                    Plaintiff

against

*EAST WINGERS, INC., ET AL*                                 Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____Matt Spargo_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____March 31, 2017____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT AND CORPORATE NOTICE

on ____EAST WINGERS INC. D/B/A BEST WINGERS____, the Defendant in this action, by delivering to and leaving with ____Nancy Dougherty____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __55__   Approx. Wt: __130lbs__   Approx. Ht: __5'3"__  
Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this  
__25th__ day of ____April, 2017____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2019

Matt Spargo  
Attny's File No.  
Invoice•Work Order # SP1701343

*SERVICO. INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*