UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X----------------------------------------------------------X
JOSE ALBERTO MARTINEZ HERNANDEZ,
ROBERTO JULIAN, ELIAS ROJAS,
AGUSTIN VALERIANO, EMILO JEREMIAS
RAMIREZ ROJAS, and PRIXCO SORIANO,
Individually and on behalf of others similarly
Situated,

    Plaintiffs,                                 **CASE NO.: 1::17-cv-02176-ALC**

    v.

EAST WINGERS INC. (d/b/a BEST
WINGERS) and KUNJ PATEL,

    Defendants.
X----------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL CIVIL RULE 1.4

NOLAN KLEIN, ESQUIRE, declares as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Eastern District of New York. I am the managing partner of the law firm of the Law Offices of Nolan Klein, P.A.

2. I respectfully submit this declaration, pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, in support of the instant Motion to Withdraw as counsel of record for Defendants in the above-captioned case.

3. An Amended Complaint was filed on September 29, 2017. An Answer and Affirmative Defenses to the Amended Complaint was filed on October 16, 2017.

4. I respectfully request that Your Honor grant the instant Motion to Withdraw as Counsel and terminate my appearance on the docket, as well as that of my associate, Valerie K. Ferrier, Esquire.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this **24th** day of **October,** 2017.

_____
Nolan Klein, Esq.