# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510          Telephone: (212) 317-1200
New York, New York 10165                 Facsimile: (212) 317-1620

sisaacson@faillacelaw.com

November 27, 2017

**Via ECF**

Hon. Barbara Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

          Re:    17-cv-2176 Alberto Martinez Hernandez, et al v.
                 East Wingers Inc., et al.

Dear Judge Moses:

      This firm represents Plaintiffs in the above-referenced matter (the "Action"). We write with the consent of Defendants' counsel to respectfully request an adjournment of the settlement conference presently scheduled for December 4, 2017. This is the first request of its kind.

      The reason for the request is that Defendants have not yet produced wage and hour records. Defendants' counsel has moved to withdraw and is awaiting the Court's decision. Plaintiffs' counsel has requested responses to Plaintiffs' discovery requests, but Defendants' counsel has informed the undersigned that the Defendants have failed to give her any documents, despite the fact that she has requested them from the Defendants on multiple occasions. Accordingly, the parties do not believe that a settlement conference would be productive at this time and respectfully request an adjournment of the settlement conference presently scheduled for December 4, 2017.

      We thank the Court for its time and attention to this matter.

                                  Respectfully Submitted,

                                  */s/Sara Isaacson*
                                  Sara Isaacson, Esq.

cc: Valerie Ferrier, Esq. (Via ECF)