USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ALBERTO MARTINEZ HERNANDEZ et al,

                                 Plaintiff,            17-cv-2176

              -against-                   **ORDER**

EAST WINGERS INC. et al.,

                                Defendants.
-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       On December 17, 2018, Plaintiffs filed a consent judgment in this matter. (ECF No. 81). There is no agreement between the parties included. If an agreement exists, it must be submitted to and reviewed by the Court pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

       Subsequently, Plaintiffs' attorney withdrew from representation of one Plaintiff, Mr. Ramirez Rojas. (ECF No. 78). Defendants did not object to the withdrawal, but provided that they do not wish to resolve this matter through settlement if one Plaintiff had open claims remaining. (ECF No. 83).

       By September 28, 2020, the parties should submit a joint status report to the Court addressing these issues and indicating whether they wish to proceed with the proposed consent judgment, as well as whether Mr. Ramirez Rojas has retained independent counsel.

**SO ORDERED.**

**Dated**: September 21, 2020
       New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**