```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 16, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JOSE ALBERTO MARTINEZ HERNANDEZ ET AL,**

                **Plaintiffs,**

-against-

**EAST WINGERS INC. ET AL,**

                **Defendants.**

---

**17-cv-2176 (ALC) (BCM)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status letter. ECF No. 92. The parties are directed to file the proposed consent judgment, any underlying agreement, and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed consent judgment is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed consent judgment, any underlying agreement, and accompanying memorandum shall be filed no later than November 13, 2020.

**SO ORDERED.**

**Dated**: October 16, 2020
         New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**