```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
JOSE ALBERTO MARTINEZ
HERNANDEZ ET AL.,

                Plaintiff,              17-cv-2176 (ALC) (BMC)

       -against-                         **ORDER**

EAST WINGERS INC. ET AL.,

                Defendants.
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On October 16, 2020, the Court directed the parties to file the proposed consent judgment, any underlying agreement, and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed consent judgment is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). ECF No. 93. To date, the Court has not received any such submission.

Accordingly, the parties are hereby ordered to file the proposed consent judgment, any underlying agreement, and the accompanying memorandum no later than **November 26, 2021**.

**SO ORDERED.**

  Dated:    October 29, 2021
               New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**