USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 18, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

JOSE ALBERTO MARTINEZ HERNANDEZ ET AL.,

          Plaintiffs,    **17-CV-2176 (ALC)**

   -against-          **ORDER**

EAST WINGERS INC. ET AL.,

          Defendants.

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

   The Court is in receipt of Defendants' Letter. ECF No. 104. Plaintiffs are hereby **ORDERED** to respond to this Letter on or before **November 22, 2021**.


**SO ORDERED.**

Dated:   **November 18, 2021**
      **New York, New York**

            _____
             **ANDREW L. CARTER, JR.**
             **United States District Judge**