USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/24/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

| | |
|---|---|
| **JOSE ALBERTO MARTINEZ HERNANDEZ ET AL.,** | : |
| Plaintiffs, | : 17-CV-2176 (ALC) |
| -against- | : **ORDER** |
| **EAST WINGERS INC. ET AL.,** | : |
| Defendants. | : |

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendants' letter and Plaintiffs' response. ECF Nos. 104 and 107. The November 26, 2021 deadline to submit the proposed consent judgment is stayed pending the Court's decision on the letter motion.

**SO ORDERED.**

**Dated:**    **November 24, 2021**
        **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**