USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/8/21__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
JOSE ALBERTO MARTINEZ HERNANDEZ ET AL.,  :
    :
                    Plaintiffs,  :    17-CV-2176 (ALC)
    :
        -against-  :    <u>ORDER</u>
    :
EAST WINGERS INC. ET AL.,  :
    :
                    Defendants.  :
-------------------------------------------------------------------  :
                                                                     x

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of the Suggestion of Death filed as to Plaintiff Elias Rojas. ECF No. 110. The case is STAYED until March 3, 2022, 90 days from the filing of the Suggestion of Death, pending a motion for substitution. Fed. R. Civ. P. 25(a)(1). The parties shall file a joint status report one week after the stay is lifted.

**SO ORDERED.**
**Dated:**     **December 8, 2021**
           **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                    **United States District Judge**