STATE OF NEW YORK, COUNTY OF NEW YORK    ss.:

## CERTIFICATE OF SERVICE BY MAIL

KEVIN O'DONOGHUE, an attorney licensed to practice before the courts of the State of New York and the U.S. District Court of the Southern District of New York hereby certifies under penalties of perjury that on May 31, 2022, I served the ORDER (Docket 125) as directed upon:

Kunj Patel
222 E. 34th Street, Apt. 2125
New York, NY 10016

And

East Wingers Inc.
711 2nd Avenue
New York, New York 10016

the addresses designated by said parties for that purpose per my records, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in a post office official depository under the exclusive care and custody of the United States post office department within the State of New York; and via email at kunj08@gmail.com, the address I have on file for the individual defendant, Kunj Patel who is also the sole shareholder in East Wingers Inc. and at bestwingers@gmail.com, the email for the company listed on its website.

_____/s_____
Kevin O'Donoghue