# CSM Legal, P.C.
Employment and Litigation Attorneys

| | |
|---|---|
| 60 E 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

July 8, 2022

<u>VIA ECF</u>
Judge Andrew L. Carter
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: Martinez-Hernandez v. East Wingers Inc. et al.
     Case No. 17-cv-2176-ALC

Your Honor:

  Our office represents Plaintiffs in the above-referenced action. I write to respectfully request the Court to permit Plaintiffs to move for a default judgment against the Defendants in this action.

  On May 31, 2022, Your Honor issued an order relieving defense counsel as attorneys and staying the within action for thirty (30) days to allow Defendants to obtain new counsel, and/or for individual defendant Kunj Patel to inform the Court of his intention to proceed *pro se.* This Order was served on the Defendants on May 31, 2022 (Dkt. No. 126).

  The thirty-day period has since lapsed and new counsel have not appeared on behalf of the Defendants, nor has such counsel contacted this firm. To the undersigned counsel's knowledge, individual defendant Kunj Patel has further not submitted his contact information to the Court as instructed in the May 31st order if he intended to represent himself. As such, we respectfully request that the Court permit the Plaintiffs to move for a default judgment against Defendants.

  Plaintiffs thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *Clela Errington*
Clela A. Errington, Esq.
CSM LEGAL, P.C.
*Attorneys for Plaintiffs*