UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

| | |
|---|---|
| JOSE ALBERTO MARTINEZ HERNANDEZ, AGUSTIN VALERIANO, and PRIXCO SORIANO, *individually and on behalf of others similarly situated*,<br><br>*Plaintiffs*,<br><br>-against-<br><br>EAST WINGERS INC. (d/b/a BEST WINGERS) and KUNJ PATEL,<br>*Defendants*. | 17-CV-2176<br><br>**~~PROPOSED~~ JUDGMENT** |

------------------------------------------------------X

## JUDGMENT

On March 24, 2017 this action was commenced by Plaintiffs' filing of the Complaint. The summons and Complaint in this action having been duly served on the above-named defendants EAST WINGERS INC. (d/b/a BEST WINGERS) and KUNJ PATEL and said Defendants having appeared via counsel and answered, have failed to participate in litigation after May 31, 2022.

NOW, on motion of Plaintiff, by his attorneys CSM Legal, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment jointly and severally against the Defendants EAST WINGERS INC. (d/b/a BEST WINGERS) and KUNJ PATEL the amount of $293,794.06 including compensatory damages and permissible liquidated damages and prejudgment interest, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is awarded attorney's fees and costs in the amount of $22,616.25 computed as provided in 28 U.S.C. § 1961(a).

- 2 -

That the Plaintiffs are awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

Dated:    New York, New York **June 2, 2023**

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

The Clerk of Court is respectfully requested to terminate this case.

To:

East Wingers LLC
New York State, Department of State
Division of Corporations, State Records
and Uniform Commercial Code
99 Washington Avenue 6th floor
Albany, NY 12231


Kunj Patel
222 E. 34th St. Apt. 2205
New York, NY 1001